IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CORNELL GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:04cv142-WWO |
| | ) | |
| MITSUBISHI MOTORS CREDIT OF AMERICA, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Pursuant to the joint stipulation of dismissal filed by the parties on September 23, 2005, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 27th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE